FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP -7  AM 11: 47

LORETTA G. WHYTE
       CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KIRK D. ANDERSON #126329** | **CIVIL ACTION** |
| versus | **NO. 05-2169** |
| **BURL CAIN, WARDEN** | **SECTION: "N" (1)** |

### <u>O R D E R</u>

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation filed on July 3, 2006, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Kirk D. Anderson** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 7th day of September, 2006.

_____
UNITED STATES DISTRICT JUDGE

```
___ Fee_____
___ Process____
 X  Dktd_____
___ CtRmDep___
___ Doc. No.___
```